UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN HALBERT LEMON, JR. | CIVIL ACTION |
| VERSUS | NO. 16-6631 |
| KENNER POLICE DEPARTMENT ET AL. | SECTION "E" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's habeas claims are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this __19th__ day of _____July_____, 2016.

_____Susie Morgan_____
UNITED STATES DISTRICT JUDGE